```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

      - against -                24-cr-222 (JGK)

JOSE RIVERA,                        ORDER

            Defendant.

**JOHN G. KOELTL, District Judge:**

    Trial in this matter is scheduled for **November 12, 2024,** at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, and to allow the defense to make and the Court to decide any motions, the Court prospectively excludes the time from today, **July 9, 2024,** until **November 12, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            July 9, 2024

                                            John G. Koeltl
                                    United States District Judge