UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                         24-cr-222 (JGK)

JOSE RIVERA,                              ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to file any motions is **August 30, 2024**. The Government should respond by **September 20, 2024**. The defendant should reply by **September 30, 2024**. The parties are directed to appear for a hearing on the motions on **October 18, 2024**, at **10:00 a.m.**

    Notice of Rule 404(b) evidence is due on **October 21, 2024**. The parties should file any requests to charge, motions in limine, and voir dire requests by **October 25, 2024**. Responses and objections are due by **November 1, 2024**.

    The parties are directed to appear for a final pre-trial conference on **November 6, 2024** at **10:30 a.m.** The trial in this matter is set for **November 12, 2024**, at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            July 9, 2024

                                            John G. Koeltl
                                    **United States District Judge**