**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

       - against -                        24-cr-222(JGK)

**JOSE RIVERA,**                                  <u>ORDER</u>

              **Defendant.**

**JOHN G. KOELTL, District Judge:**

The Court revises the schedule for trial as follows. <u>See</u> ECF No. 17. The time for the defendant to file any motions is now **September 13, 2024,** The Government should respond by **October 11, 2024.** The defendant should reply by **October 18, 2024.** The parties are directed to appear for a hearing on the motions on **October 30, 2024,** at 10:30 a.m.

Notice of Rule 404(b) evidence is due on **November 4, 2024.** The parties should file any requests to charge, motions in limine, and voir dire requests by **November 8, 2024.** Responses and objections are due by **November 15, 2024.** The parties are directed to appear for a final pre-trial conference on **December 17, 2024,** at 10:30 a.m. The trial in this matter is rescheduled and set for **January 7, 2025,** at 9:00 a.m.

The Clerk is respectfully directed to close ECF No. 18.

**SO ORDERED.**

**Dated:    New York, New York**
           **August 27, 2024**               /s/ John G. Koeltl
                                             **John G. Koeltl**
                               **United States District Judge**