UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                                                  24 cr 222 (JGK)

      -against-

                                                                                      **SPEEDY TRIAL ORDER**

JOSE RIVERA,

                      Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

Trial is adjourned to **Tuesday, January 7, 2025, at 9:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 7, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                             **ARUN SUBRAMANIAN**
                                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       August 27, 2024