UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     – against –

JOSE RIVERA,
                Defendant.
_____

24-cr-222 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Both the defendant and the Government agree that the defendant's motion to suppress can be decided based on the undisputed facts, including the body camera footage, and that an evidentiary hearing is therefore unnecessary. The Court therefore will listen to argument on the motion to suppress on **October 30, 2024**, at **10:30 a.m.**, but will not hold an evidentiary hearing at that time.

SO ORDERED.
Dated:    New York, New York
           October 25, 2024

                             John G. Koeltl
                 United States District Judge