

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jose Rivera*, 24 Cr. 222 (JGK)

Dear Judge Koeltl:

The Government writes on behalf of the parties to respectfully request an adjustment of the schedule for pretrial filings. Consistent with the Court's remarks at oral argument on October 30, 2024, the parties' proposed schedule adjusts the pretrial filing deadlines but does not affect the scheduled trial date. The parties' joint proposal is below:

| Filing(s) | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motions in limine, requests to charge, and proposed voir dire | November 8, 2024 | December 6, 2024 |
| Responses and objections | November 15, 2024 | December 12, 2024 |
| Final Pretrial Conference | December 17, 2024, at 10:30 a.m. | No change |
| Trial | January 7, 2025, at 9 a.m. | No change |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:

James Mandilk
Assistant United States Attorney
(212) 637-2453

CC: Sylvie Levine, Esq. (by ECF)

**APPLICATION GRANTED**
**SO ORDERED**

11/5/24

John G. Koeltl, U.S.D.J.