# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2025

> Defense submissions: April 23, 2025; Government submissions: April 30, 2025; Sentencing adjourned to Wednesday, May 7, 2025, at 4:30 p.m. SO ORDERED.
>
> Dated:   March 3, 2025           /s/ John G. Koeltl
>          New York, New York      John G. Koeltl, U.S.D.J.

**BY ECF**

Hon. John G. Koeltl
District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jose Rivera (24-CR-222-JGK)

Dear Judge Koeltl:

    The Defense writes to request a 30-day continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. The continuance is needed for the Defense to collect necessary documents for the sentencing hearing and the forthcoming sentencing submission. The information required by I.E. of the Court's February 14, 2025 Individual Practices are below:

(1) The current sentencing date is scheduled for March 25, 2025;
(2) There have been no previous requests for adjournment of sentencing;
(3) As there have been no prior requests, there have been no denials; and
(4) Undersigned counsel has communicated with the government, and they do not oppose this request.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007