# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**Via ECF and Email**

July 22, 2025

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Application granted. So ordered, [signature] 7/22/25 U.S.D.J.]*

Re:  **United States v. Jose Rivera**
     **24-CR-222 (JGK)**

Dear Judge Koeltl,

    The Defense writes to request a modification of Mr. Rivera's release conditions to remove his curfew (while continuing GPS monitoring) and allow for travel to Pennsylvania with advance approval of Pretrial Services. Mr. Rivera has a newborn grandchild and other family members in Pennsylvania he would like to visit before beginning his sentence.

    Undersigned counsel has communicated with Mr. Palin-Rosario's pretrial officer, Jonathan Lettieri, who indicates no objection to this request.

    Undersigned counsel has also communicated with the assigned Assistant United States Attorney, James Mandilk, regarding this request and understands that "the Government defers to Pretrial."

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007