```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   24 Cr. 222-1 (JGK)
    -against-                           :
                                        :   ORDER
Jose Rivera                             :
                                        :
        Defendant                       :
                                        :
---------------------------------------X
```

JOHN G. KOETL, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to allow Pretrial Services to remove the defendant's GPS ankle monitor on the morning of September 12, 2025, in preparation for his surrender to the Bureau of Prisons scheduled for later that same date.

Dated: New York, New York
       September 5, 2025

SO ORDERED:

*/s/ John G. Koeltl*
JOHN G. KOELTL
United States District Judge